IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JUSTICE ONYEALISI IKE, | § |
| | § |
| Plaintiff, | § |
| | § Civil Action No. 3:20-CV-3743-D |
| VS. | § |
| | § |
| UNITED STATES CITIZENSHIP AND | § |
| IMMIGRATION SERVICES, et al., | § |
| | § |
| Defendants. | § |

MEMORANDUM OPINION
AND ORDER

In a May 27, 2021 memorandum opinion and order, the court granted defendants' alternative motion to dismiss plaintiff's first amended complaint under Fed. R. Civ. P. 12(b)(1), raising two grounds for dismissal *sua sponte*, and granting plaintiff 21 days to file an opposition response to those grounds. *See Ike v. U.S. Citizenship & Immigration Servs.* (*Ike*), 2021 WL 2167054, at *5-8 (N.D. Tex. May 27, 2021) (Fitzwater, J.). The court sought to implement a fair procedure by allowing plaintiff "to file a brief that sets out his opposition to dismissing his Fifth Amendment due process and declaratory judgment claims." *Id.* at *7. But plaintiff has not filed an opposition response, and the deadline for doing so has elapsed. Accordingly, for the reasons explained in *Ike*, the court grants defendants' alternative motion to dismiss the amended complaint under Rule 12(b)(1) and dismisses this action without

prejudice by judgment filed today.*

**SO ORDERED**.

August 18, 2021.

                                            SIDNEY A. FITZWATER
                                            SENIOR JUDGE

---

*Under § 205(a)(5) of the E-Government Act of 2002 and the definition of "written opinion" adopted by the Judicial Conference of the United States, this is a "written opinion[] issued by the court" because it "sets forth a reasoned explanation for [the] court's decision." It has been written, however, primarily for the parties, to decide issues presented in this case, and not for publication in an official reporter, and should be understood accordingly.